**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**BARRY PICKETT,**

    Plaintiff(s),

**-vs-**

CASE NO. 3:10-cv-177

**District Judge Timothy S. Black**

**COMMISSIONER OF
SOCIAL SECURITY,**

    Defendant(s).

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the ALJ's Non-Disability Finding in not supported by substantial evidence, and is **REVERSED**; Judgment is entered in favor the Plaintiff awarding benefits; and this case is **CLOSED**.

Date:  April 28, 2011                       **JAMES BONINI, CLERK**

                                                  By: s/ M. Rogers
                                                  Deputy Clerk