UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BARRY PICKETT

        Plaintiff,

-vs-

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

CIVIL NO. 3:10-cv-177

Judge Timothy Black

## ORDER

This matter comes before the Court on the parties' Agreed Petition to an Award of Attorney Fees Under the Equal Access to Justice Act.

And the Court, having read the Agreed Petition and being duly advised now GRANTS said request, and hereby GRANTS the Agreed Petition to An Award of Attorney Fees under the Equal Access to Justice Act and ORDERS that Plaintiff be awarded attorney fees and expenses in the total amount of $4,000.00 under the EAJA, 28 U.S.C. § 2412, in costs payable to Plaintiff, Barry Pickett.

                                                  *Timothy S. Black*
                                                 HON. JUDGE BLACK
                                                 UNITED STATES DISTRICT JUDGE

Dated: 8/15/11